# EXHIBIT B

## UNITED STATES PATENT NO. 10,313,630
## CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1 AND 10

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US10313630 | OnePlus – Smartphones (The accused instrumentality) |
|---|---|
| [1.P] A mobile phone comprising | To the extent the preamble is limiting, OnePlus ("Defendant") makes, uses, sells and offers to sell a mobile phone.<br><br>For example, Defendant provides mobile phone, including, but not limited to, OnePlus 10 Pro, OnePlus 10T 5G, OnePlus Nord 2T 5G, OnePlus 9 series, OnePlus 8 series, OnePlus 7 series, OnePlus 11R 5G, and OnePlus 11 5G (used herein as an exemplary product). For example, OnePlus 11 5G is equipped with Qualcomm Snapdragon 8 Gen 2 Mobile Platform, AMOLED (Active-Matrix Organic Light-Emitting Diode) display, Wi-Fi (802.11 a/b/g/n/ac/ax/be), and 5G cellular connectivity. |




OnePlus 11 5G

From $699.00




OnePlus 10T 5G

Up to 23% OFF | With Gift

From $499.00 ~~$649.00~~

Source: https://www.oneplus.com/us/store/phone, last accessed on March 15, 2023

**Performance**

Operating System: OxygenOS 13.0 based on Android™ 13
CPU: Qualcomm® Snapdragon™ 8 Gen 2 Mobile Platform
5G Chipset: X70
GPU: Adreno 740
RAM: 8GB/16GB LPDDR5X
Storage: 128GB UFS 3.1/256GB UFS 4.0
Battery: 5,000 mAh (Dual-cell 2,500 mAh, non-removable)
SUPERVOOC 80W
Vibration: Haptic motor
Available configurations: 8GB+128GB / 16GB+256GB

Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023

| | |
|---|---|
| | **Display**<br>**Display**<br>Size: 6.7" (measured diagonally from corner to corner)<br>Resolution: 3216*1440 (QHD+), 525 ppi<br>Aspect Ratio: 20.1:9<br>Refresh Rate: 1-120 Hz dynamic<br>Type: 120 Hz Super Fluid AMOLED with LTPO<br>Touch Response Rate: Up to 1000 Hz<br>Support sRGB, Display P3, 10-bit Color Depth<br>Cover Glass: Corning® Gorilla® Glass Victus<br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023<br><br>**Wi-Fi**<br>2×2 MIMO, Support 2.4G/5G, Wi-Fi 7, Support WiFi 802.11 a/b/g/n/ac/ax/be<br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |
| [1.1] a control unit; | Defendant provides a control unit.<br><br>For example, OnePlus 11 5G comprises Qualcomm Snapdragon 8 Gen 2 Mobile Platform (“Control Unit”). |

<table>
<tr>
<td></td>
<td>

**Performance**

Operating System: OxygenOS 13.0 based on Android™ 13<br>
CPU: Qualcomm® Snapdragon™ 8 Gen 2 Mobile Platform<br>
5G Chipset: X70<br>
GPU: Adreno 740<br>
RAM: 8GB/16GB LPDDR5X<br>
Storage: 128GB UFS 3.1/256GB UFS 4.0<br>
Battery: 5,000 mAh (Dual-cell 2,500 mAh, non-removable)<br>
SUPERVOOC 80W<br>
Vibration: Haptic motor<br>
Available configurations: 8GB+128GB / 16GB+256GB

Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023
</td>
</tr>
<tr>
<td>[1.2] a first wireless module coupled to said control unit;</td>
<td>

Defendant provides a first wireless module coupled to said control unit.

For example, OnePlus 11 5G comprises a Wi-Fi module (Wi-Fi (802.11 a/b/g/n/ac/ax/be)) (“a first wireless module”) which is controlled (“coupled”) by Qualcomm Snapdragon 8 Gen 2 Mobile Platform (“control unit”) for connecting the smartphone to a Wi-Fi network.

**Wi-Fi**

2×2 MIMO, Support 2.4G/5G, Wi-Fi 7, Support WiFi 802.11 a/b/g/n/ac/ax/be

Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023

**Connect to Wi-Fi**

1. Enter Settings > Wi-Fi, tap Wi-Fi.
2. Select a Wi-Fi network from the list.
3. You will automatically connect to an unencrypted Wi-Fi network that you have selected. To connect to an encrypted network, enter the password and tap the tick.
</td>
</tr>
</table>

| | |
|---|---|
| | Source: https://service.oneplus.com/content/dam/support/user-manuals/common/OnePlus_11_5G_User_Manual_EN.pdf, last accessed on March 15, 2023 |
| [1.3] a second wireless module coupled to said control unit; | Defendant provides a second wireless module coupled to said control unit.<br><br>For example, OnePlus 11 5G includes 5G communications chipset ("a second wireless module") which is controlled ("coupled") by the Qualcomm Snapdragon 8 Gen 2 Mobile Platform ("control unit") for connecting the smartphone to a 5G network.<br><br>**Performance**<br>Operating System: OxygenOS 13.0 based on Android™ 13<br>CPU: Qualcomm® Snapdragon™ 8 Gen 2 Mobile Platform<br>5G Chipset: X70<br>GPU: Adreno 740<br>RAM: 8GB/16GB LPDDR5X<br>Storage: 128GB UFS 3.1/256GB UFS 4.0<br>Battery: 5,000 mAh (Dual-cell 2,500 mAh, non-removable)<br>SUPERVOOC 80W<br>Vibration: Haptic motor<br>Available configurations: 8GB+128GB / 16GB+256GB<br><br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023<br><br>**LTE**<br>MIMO: LTE: B1, 2, 3, 4, 7, 25, 30, 38, 40, 41, 48, 66;<br>WCDMA: B1, 2, 4, 5, 6, 8, 19<br>LTE-FDD: B1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 28, 30, 32, 66, 71<br>LTE-TDD: 38, 39, 41, (40), 46, 48<br>5G NR NSA: N1, N2, N3, N5, N7, N8, N20, N25, N28, N30, N38, (N40), N41, N66, N71, N75, N77, N78<br>5G SA: N1, N2, N3, N5, N7, N8, N20, N25, N28, N30, N38, N41, (N40), N66, N71, N75, N76, N77, N78<br>GSM: 850/900/1800/1900<br>(No CDMA)<br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |

| | |
|---|---|
| [1.4] a front transparent substrate having a first conductive line and a rear transparent substrate having a second conductive line, fluorescent substances are formed between said front transparent substrate and said rear transparent substrate, wherein a bias is applied to excite said fluorescent substances by combination of an electron and a hole to emit visible light, thereby removing backlight of said mobile phone; | Defendant provides a front transparent substrate having a first conductive line and a rear transparent substrate having a second conductive line, fluorescent substances are formed between said front transparent substrate and said rear transparent substrate, wherein a bias is applied to excite said fluorescent substances by combination of an electron and a hole to emit visible light, thereby removing backlight of said mobile phone.<br><br>For example, Defendant's OnePlus 11 5G comprises of an AMOLED (Active-Matrix Organic Light-Emitting Diode) display screen, wherein, AMOLED is a type of OLED display that comprises an active matrix of OLED pixel deposited on to a thin film transistor (TFT) array. Further, TFT array act as a series of switches to control the current flowing to each pixel. Furthermore, OLED screen comprises an emissive electroluminescent layer made of a film of organic compound emitting light in response to an electric current. The organic layer is between two separate electrodes: cathode and anode, and the organic layer includes an emissive layer further comprising organic molecules and polymers ("fluorescent substances"). The cathode and the anode are of opposite charge, such that when an electric current (acting as a bias) is applied, the excited electrons move from cathode to anode, while passing through the organic layer including emissive layer, thereby producing colored light.<br><br>Further, since the AMOLED display generates illumination for each pixel through excited electrons and emissive layer, it does not require a backlight for producing visible light. Therefore, the backlight is removed in the OnePlus 11 5G's AMOLED display screen.<br><br>**Display**<br><br>**Display**<br>Size: 6.7" (measured diagonally from corner to corner)<br>Resolution: 3216*1440 (QHD+), 525 ppi<br>Aspect Ratio: 20.1:9<br>Refresh Rate: 1-120 Hz dynamic<br>Type: 120 Hz Super Fluid AMOLED with LTPO<br>Touch Response Rate: Up to 1000 Hz<br>Support sRGB, Display P3, 10-bit Color Depth<br>Cover Glass: Corning® Gorilla® Glass Victus<br><br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |

| | |
|---|---|
| | **Advantages of OLEDs**<br><br>**OLED display technology has extremely high image quality** and wide viewing angles. That is why it is used in high end products like the newest and most premium Apple phones. Because each pixel in an OLED display can be controlled individually, OLED displays have higher resolution. Also, OLEDs don't have a backlight, so its power consumption is also less than LCD. They are also energy-efficient displays because instead of having a backlight on all the time, energy is only emitted when a pixel is turned on. Also because of the lack of a backlight, there are flexible OLED displays. Backlights limit designers to only flat displays. OLED emits its own light, so its devices can be rollable or foldable.<br>Source: https://www.orientdisplay.com/knowledge-base/oled-basics/how-does-oled-work/, last accessed on March 15, 2023 |

| | |
|---|---|
| | <br>Source: https://www.androidauthority.com/amoled-vs-lcd-differences-572859/, last accessed on March 15, 2023 |
| [1.5] an antenna disposed at side of said rear transparent substrate to improve receiving or transmission. | Defendant provides an antenna disposed at side of said rear transparent substrate to improve receiving or transmission.<br><br>For example, OnePlus 11 5G includes a 5G communications antenna ("antenna") located at the side of the OLED display ("rear transparent substrate"). |

| | |
|---|---|
| | **Performance**<br>Operating System: OxygenOS 13.0 based on Android™ 13<br>CPU: Qualcomm® Snapdragon™ 8 Gen 2 Mobile Platform<br>5G Chipset: X70<br>GPU: Adreno 740<br>RAM: 8GB/16GB LPDDR5X<br>Storage: 128GB UFS 3.1/256GB UFS 4.0<br>Battery: 5,000 mAh (Dual-cell 2,500 mAh, non-removable)<br>SUPERVOOC 80W<br>Vibration: Haptic motor<br>Available configurations: 8GB+128GB / 16GB+256GB<br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |

| | |
|---|---|
| |  Source: https://www.oneplus.com/us/11, last accessed on March 15, 2023 (annotated) |

| | |
|---|---|
| | **LTE**<br><br>MIMO: LTE: B1, 2, 3, 4, 7, 25, 30, 38, 40, 41, 48, 66;<br>WCDMA: B1, 2, 4, 5, 6, 8, 19<br>LTE-FDD: B1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 28, 30, 32, 66, 71<br>LTE-TDD: 38, 39, 41, (40), 46, 48<br>5G NR NSA: N1, N2, N3, N5, N7, N8, N20, N25, N28, N30, N38, (N40), N41, N66, N71, N75, N77, N78<br>5G SA: N1, N2, N3, N5, N7, N8, N20, N25, N28, N30, N38, N41, (N40), N66, N71, N75, N76, N77, N78<br>GSM: 850/900/1800/1900<br>(No CDMA)<br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |

| | |
|---|---|
| | <br>Source: [https://www.youtube.com/watch?v=KSp3-YCNAow](https://www.youtube.com/watch?v=KSp3-YCNAow), last accessed on March 15, 2023 (annotated) |
| [10.P] A mobile phone comprising: | To the extent the preamble is limiting, Defendant makes, uses, sells and offers to sell a mobile phone.<br><br>For example, Defendant provides mobile phone, including, but not limited to, OnePlus 10 Pro, OnePlus 10T 5G, OnePlus Nord 2T 5G, OnePlus 9 series, OnePlus 8 series, OnePlus 7 series, OnePlus 11R 5G, and OnePlus 11 5G (used herein as an exemplary product). For example, OnePlus 11 5G is equipped with Qualcomm Snapdragon 8 Gen 2 Mobile Platform, AMOLED (Active-Matrix Organic Light-Emitting Diode) display, Wi-Fi (802.11 a/b/g/n/ac/ax/be), and 5G cellular connectivity. |







OnePlus 11 5G

From $699.00

OnePlus 10T 5G

Up to 23% OFF | With Gift

From $499.00 ~~$649.00~~

Source: https://www.oneplus.com/us/store/phone, last accessed on March 15, 2023

| | |
|---|---|
| | **Performance**<br><br>Operating System: OxygenOS 13.0 based on Android™ 13<br>CPU: Qualcomm® Snapdragon™ 8 Gen 2 Mobile Platform<br>5G Chipset: X70<br>GPU: Adreno 740<br>RAM: 8GB/16GB LPDDR5X<br>Storage: 128GB UFS 3.1/256GB UFS 4.0<br>Battery: 5,000 mAh (Dual-cell 2,500 mAh, non-removable)<br>SUPERVOOC 80W<br>Vibration: Haptic motor<br>Available configurations: 8GB+128GB / 16GB+256GB<br><br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023<br><br>**Display**<br><br>**Display**<br><br>Size: 6.7" (measured diagonally from corner to corner)<br>Resolution: 3216*1440 (QHD+), 525 ppi<br>Aspect Ratio: 20.1:9<br>Refresh Rate: 1-120 Hz dynamic<br>Type: 120 Hz Super Fluid AMOLED with LTPO<br>Touch Response Rate: Up to 1000 Hz<br>Support sRGB, Display P3, 10-bit Color Depth<br>Cover Glass: Corning® Gorilla® Glass Victus<br><br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023<br><br>**Wi-Fi**<br><br>2×2 MIMO, Support 2.4G/5G, Wi-Fi 7, Support WiFi 802.11 a/b/g/n/ac/ax/be<br><br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |

| | |
|---|---|
| [10.1] a control unit; | Defendant provides a control unit.<br><br>For example, OnePlus 11 5G comprises Qualcomm Snapdragon 8 Gen 2 Mobile Platform ("Control Unit").<br><br>**Performance**<br>Operating System: OxygenOS 13.0 based on Android™ 13<br>CPU: Qualcomm® Snapdragon™ 8 Gen 2 Mobile Platform<br>5G Chipset: X70<br>GPU: Adreno 740<br>RAM: 8GB/16GB LPDDR5X<br>Storage: 128GB UFS 3.1/256GB UFS 4.0<br>Battery: 5,000 mAh (Dual-cell 2,500 mAh, non-removable)<br>SUPERVOOC 80W<br>Vibration: Haptic motor<br>Available configurations: 8GB+128GB / 16GB+256GB<br><br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |
| [10.2] a first wireless module coupled to said control unit; | Defendant provides a first wireless module coupled to said control unit.<br><br>For example, OnePlus 11 5G comprises a Wi-Fi module (Wi-Fi (802.11 a/b/g/n/ac/ax/be)) ("a first wireless module") which is controlled ("coupled") by Qualcomm Snapdragon 8 Gen 2 Mobile Platform ("control unit") for connecting the smartphone to a Wi-Fi network.<br><br>**Wi-Fi**<br>2×2 MIMO, Support 2.4G/5G, Wi-Fi 7, Support WiFi 802.11 a/b/g/n/ac/ax/be<br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |

| | |
|---|---|
| | **Connect to Wi-Fi**<br>1. Enter Settings > Wi-Fi, tap Wi-Fi.<br>2. Select a Wi-Fi network from the list.<br>3. You will automatically connect to an unencrypted Wi-Fi network that you have selected. To connect to an encrypted network, enter the password and tap the tick.<br>Source: https://service.oneplus.com/content/dam/support/user-manuals/common/OnePlus_11_5G_User_Manual_EN.pdf, last accessed on March 15, 2023 |
| [10.3] a second wireless module coupled to said control unit; | Defendant provides a second wireless module coupled to said control unit.<br><br>For example, OnePlus 11 5G includes 5G communications chipset ("a second wireless module") which is controlled ("coupled") by the Qualcomm Snapdragon 8 Gen 2 Mobile Platform ("control unit") for connecting the smartphone to a 5G network.<br><br>**Performance**<br>Operating System: OxygenOS 13.0 based on Android™ 13<br>CPU: Qualcomm® Snapdragon™ 8 Gen 2 Mobile Platform<br>5G Chipset: X70<br>GPU: Adreno 740<br>RAM: 8GB/16GB LPDDR5X<br>Storage: 128GB UFS 3.1/256GB UFS 4.0<br>Battery: 5,000 mAh (Dual-cell 2,500 mAh, non-removable)<br>SUPERVOOC 80W<br>Vibration: Haptic motor<br>Available configurations: 8GB+128GB / 16GB+256GB<br><br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |

| | |
|---|---|
| | **LTE**<br>MIMO: LTE: B1, 2, 3, 4, 7, 25, 30, 38, 40, 41, 48, 66;<br>WCDMA : B1, 2, 4, 5, 6, 8, 19<br>LTE-FDD: B1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 28, 30, 32, 66, 71<br>LTE-TDD: 38, 39, 41, (40), 46, 48<br>5G NR NSA: N1, N2, N3, N5, N7, N8, N20, N25, N28, N30, N38, (N40), N41, N66, N71, N75, N77, N78<br>5G SA: N1, N2, N3, N5, N7, N8, N20, N25, N28, N30, N38, N41, (N40), N66, N71, N75, N76, N77, N78<br>GSM: 850/900/1800/1900<br>(No CDMA)<br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |
| [10.4] a first transparent substrate having a first conductive line and a second transparent substrate having a second conductive line, fluorescent substances are formed between said first transparent substrate and said second transparent substrate, wherein a bias is applied to excite said fluorescent substances by combination of an electron and a hole to emit visible light, thereby removing | Defendant provides a first transparent substrate having a first conductive line and a second transparent substrate having a second conductive line, fluorescent substances are formed between said first transparent substrate and said second transparent substrate, wherein a bias is applied to excite said fluorescent substances by combination of an electron and a hole to emit visible light, thereby removing backlight of said mobile phone.<br><br>For example, Defendant's OnePlus 11 5G comprises of an AMOLED (Active-Matrix Organic Light-Emitting Diode) display screen, wherein, AMOLED is a type of OLED display that comprises an active matrix of OLED pixel deposited on to a thin film transistor (TFT) array. Further, TFT array act as a series of switches to control the current flowing to each pixel. Furthermore, OLED screen comprises an emissive electroluminescent layer made of a film of organic compound emitting light in response to an electric current. The organic layer is between two separate electrodes: cathode and anode, and the organic layer includes an emissive layer further comprising organic molecules and polymers ("fluorescent substances"). The cathode and the anode are of opposite charge, such that when an electric current (acting as a bias) is applied, the excited electrons move from cathode to anode, while passing through the organic layer including emissive layer, thereby producing colored light.<br><br>Further, since the AMOLED display generates illumination for each pixel through excited electrons and emissive layer, it does not require a backlight for producing visible light. Therefore, the backlight is removed in the OnePlus 11 5G's AMOLED display screen. |

| | |
|---|---|
| backlight of said mobile phone; | **Display**<br><br>**Display**<br>Size: 6.7" (measured diagonally from corner to corner)<br>Resolution: 3216*1440 (QHD+), 525 ppi<br>Aspect Ratio: 20.1:9<br>Refresh Rate: 1-120 Hz dynamic<br>Type: 120 Hz Super Fluid AMOLED with LTPO<br>Touch Response Rate: Up to 1000 Hz<br>Support sRGB, Display P3, 10-bit Color Depth<br>Cover Glass: Corning® Gorilla® Glass Victus<br><br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023<br><br>**Advantages of OLEDs**<br><br>**OLED display technology has extremely high image quality** and wide viewing angles. That is why it is used in high end products like the newest and most premium Apple phones. Because each pixel in an OLED display can be controlled individually, OLED displays have higher resolution. Also, OLEDs don't have a backlight, so its power consumption is also less than LCD. They are also energy-efficient displays because instead of having a backlight on all the time, energy is only emitted when a pixel is turned on. Also because of the lack of a backlight, there are flexible OLED displays. Backlights limit designers to only flat displays. OLED emits its own light, so its devices can be rollable or foldable.<br><br>Source: https://www.orientdisplay.com/knowledge-base/oled-basics/how-does-oled-work/, last accessed on March 10, 2023 |

| | |
|---|---|
| | <br><br>Source: https://www.androidauthority.com/amoled-vs-lcd-differences-572859/, last accessed on March 15, 2023 |
| [10.5] an antenna disposed at side of said first transparent substrate to improve receiving or transmission; | Defendant provides an antenna disposed at side of said first transparent substrate to improve receiving or transmission<br><br>For example, OnePlus 11 5G provides 5G cellular connectivity ("antenna") through a cellular antenna which is located at the side of the OLED display ("rear transparent substrate"). |

| | |
|---|---|
| | **Performance**<br>Operating System: OxygenOS 13.0 based on Android™ 13<br>CPU: Qualcomm® Snapdragon™ 8 Gen 2 Mobile Platform<br>5G Chipset: X70<br>GPU: Adreno 740<br>RAM: 8GB/16GB LPDDR5X<br>Storage: 128GB UFS 3.1/256GB UFS 4.0<br>Battery: 5,000 mAh (Dual-cell 2,500 mAh, non-removable)<br>SUPERVOOC 80W<br>Vibration: Haptic motor<br>Available configurations: 8GB+128GB / 16GB+256GB<br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |

| | |
|---|---|
| | Source: https://www.oneplus.com/us/11, last accessed on March 15, 2023 (annotated) |

| | |
|---|---|
| | **LTE**<br><br>MIMO: LTE: B1, 2, 3, 4, 7, 25, 30, 38, 40, 41, 48, 66;<br>WCDMA : B1, 2, 4, 5, 6, 8, 19<br>LTE-FDD: B1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 28, 30, 32, 66, 71<br>LTE-TDD: 38, 39, 41, (40), 46, 48<br>5G NR NSA: N1, N2, N3, N5, N7, N8, N20, N25, N28, N30, N38, (N40), N41, N66, N71, N75, N77, N78<br>5G SA: N1, N2, N3, N5, N7, N8, N20, N25, N28, N30, N38, N41, (N40), N66, N71, N75, N76, N77, N78<br>GSM: 850/900/1800/1900<br>(No CDMA)<br>Source: https://www.oneplus.com/us/11/specs, last accessed on March 15, 2023 |

| | |
|---|---|
| | Source: [https://www.youtube.com/watch?v=KSp3-YCNAow,](https://www.youtube.com/watch?v=KSp3-YCNAow) last accessed on March 15, 2023 (annotated) |
| [10.6] a management unit to manage said first and said second wireless modules and to determines a transmission priority module for receiving or transmitting data. | Defendant provides a management unit to manage said first and said second wireless modules and to determines a transmission priority module for receiving or transmitting data.<br><br>For example, OnePlus 11 5G comprises a Wi-Fi Assist functionality that automatically switches communication between Wi-Fi ("first wireless module") and 4G/5G cellular communication ("second wireless module") based on the strength of connection. For example, when Wi-Fi connectivity is poor, OnePlus 11's processor (acting as a "management unit") automatically switches to 4G/5G cellular from Wi-Fi, thereby prioritizing mobile data/cellular data over Wi-Fi for |

| | |
|---|---|
| | smooth transmission and reception of data. Therefore, the OnePlus 11 5G's management unit manages the first and second wireless moules to determine a transmission priority for receiving or transmitting data.<br><br>**Wi-Fi Assistant:**<br>○ **Auto-connect to the best Wi-Fi:** When the option is turned on, the system will auto-connect to the best Wi-Fi.<br>○ **Auto-switch to mobile network**: Automatically switch to a mobile network when Wi-Fi networks are slow.<br>○ **Dual channel acceleration:** When the option is turned on, you can use Wi-Fi and mobile data at the same time for a faster internet experience.<br>○ **Dual Wi-Fi acceleration:** Connect two Wi-Fi networks at the same time for a faster Internet connection.<br><br>Source: https://service.oneplus.com/content/dam/support/user-manuals/common/OnePlus_11_5G_User_Manual_EN.pdf, last accessed on March 15, 2023 |