**EXHIBIT C**

**UNITED STATES PATENT NO. 10,313,630**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US10313630 | BBK Electronics Corporation - Oppo (The accused instrumentality) |
|---|---|
| [1.P] A mobile phone comprising | To the extent the preamble is limiting, Oppo ("Defendant") makes, uses, sells and offers to sell a mobile phone.<br><br>For example, Defendant provides mobile phones, including but not limited to Oppo Find X5 Pro, Oppo Reno8 T 5G, Oppo Reno8 T, Oppo Reno8 Pro 5G, Oppo Reno8 5G, Oppo Reno7 Z 5G, Oppo Reno7, and Oppo Reno7 Pro 5G (used herein as an exemplary product). The Oppo Reno7 Pro 5G is equipped with MediaTek Dimensity 1200-MAX, AMOLED (Active-Matrix Organic Light-Emitting Diode) display, Wi-Fi (802.11 a/b/g/n/ac/ax), Bluetooth v5.2, NFC (Near-Field Communication) reader, Frequency antenna, and 2G/3G/4G/5G connectivity.<br><br>Chips<br>CPU<br>MediaTek Dimensity 1200-MAX<br>CPU Speed Cores<br>8 cores with a maximum frequency of 3.0 GHz (1 super large core + 3 large cores + 4 small cores)<br>GPU<br>ARM G77 MC9 |

| | |
|---|---|
| | Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/, last accessed on March 24, 2023.<br><br>**Brightness**<br>500 nits (typical); with a maximum of 800 nits in sunlight (typical) and a maximum of 920 nits when displaying HDR or HDR10+ contents.<br><br>**Panel**<br>Soft AMOLED<br><br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/, last accessed on March 24, 2023.<br><br>**Connectivity**<br>**WLAN**<br>Wi-Fi 6 (802.11ax), Wi-Fi 5 (802.11ac), 802.11a/b/g/n/;<br>Wi-Fi 2.4G/5.1G/5.8G;<br>Wi-Fi Display and Wi-Fi tethering;<br>2×2 MIMO and MU-MIMO<br><br>**Bluetooth Version**<br>Bluetooth 5.2, Bluetooth Low Energy (BLE)<br><br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/, last accessed on March 24, 2023. |

| | |
|---|---|
| | Earphone Jack<br>Type-C<br>NFC<br>Supported: Android Beam, HCE, UICC, and card reading<br><br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/, last accessed on March 24, 2023.<br><br>Frequency Band<br>SIM card 1:<br>2G: GSM 850/900/1800/1900MHz<br>3G: UMTS (WCDMA) bands 1/2/4/5/6/8/19<br>4G: TD-LTE bands 38/39/40/41<br>4G: LTE FDD bands 1/2/3/4/5/7/8/28A/28B/12/17/18/19/20/26<br>5G: n1/3/5/7/8/38/41/28A/28B/77/78<br><br>SIM card 2<br>2G: GSM 850/900/1800/1900MHz<br>3G: UMTS (WCDMA) bands 1/2/4/5/6/8/19<br>4G: TD-LTE bands 38/39/40/41<br>4G: LTE FDD bands 1/2/3/4/5/7/8/28A/28B/12/17/18/19/20/26<br><br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/, last accessed on March 24, 2023. |

| | |
|---|---|
| | GNSS: Built-in GPS, GLONASS, Galileo, QZSS, BeiDou, and NavIC<br>Frequency Antenna: GPS: L1 + L5, Galileo: E1 + E5a, BeiDou: B1I + B2a, QZSS: L1 + L5<br>Others: AGPS, Wi-Fi, Cellular, Digital compass<br>Maps: Google Maps and other third-party map apps are supported.<br><br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/, last accessed on March 24, 2023. |
| [1.1] a control unit; | Defendant provides a control unit.<br><br>For example, Defendant provides Oppo Reno7 Pro 5G with MediaTek Dimensity 1200-MAX ("Control Unit") 8 cores processor.<br><br>Chips<br>CPU<br>MediaTek Dimensity 1200-MAX<br>CPU Speed Cores<br>8 cores with a maximum frequency of 3.0 GHz (1 super large core + 3 large cores + 4 small cores)<br>GPU<br>ARM G77 MC9<br><br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/, last accessed on March 24, 2023. |
| [1.2] a first wireless module coupled to said control unit; | Defendant provides a first wireless module coupled to said control unit.<br><br>For example, Oppo Reno7 Pro 5G comprises a Wi-Fi module (Wi-Fi (802.11 a/b/g/n/ac/ax)) ("a first wireless module") which is controlled ("coupled") by the MediaTek Dimensity 1200-MAX ("control unit") for connecting the mobile phone to a Wi-Fi network. |

| | |
|---|---|
| | Connectivity<br>WLAN<br>Wi-Fi 6 (802.11ax), Wi-Fi 5 (802.11ac), 802.11a/b/g/n/;<br>Wi-Fi 2.4G/5.1G/5.8G;<br>Wi-Fi Display and Wi-Fi tethering;<br>2×2 MIMO and MU-MIMO<br>Bluetooth Version<br>Bluetooth 5.2, Bluetooth Low Energy (BLE)<br><br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/, last accessed on March 24, 2023. |
| [1.3] a second wireless module coupled to said control unit; | Defendant provides a second wireless module coupled to said control unit.<br><br>For example, Oppo Reno7 Pro 5G includes 5G/4G/3G/2G communications ("a second wireless module") which is controlled ("coupled") by the MediaTek Dimensity 1200-MAX ("control unit") for connecting the mobile phone to a cellular network.<br>Frequency Band<br>SIM card 1:<br>2G: GSM 850/900/1800/1900MHz<br>3G: UMTS (WCDMA) bands 1/2/4/5/6/8/19<br>4G: TD-LTE bands 38/39/40/41<br>4G: LTE FDD bands 1/2/3/4/5/7/8/28A/28B/12/17/18/19/20/26<br>5G: n1/3/5/7/8/38/41/28A/28B/77/78<br><br>SIM card 2<br>2G: GSM 850/900/1800/1900MHz<br>3G: UMTS (WCDMA) bands 1/2/4/5/6/8/19<br>4G: TD-LTE bands 38/39/40/41<br>4G: LTE FDD bands 1/2/3/4/5/7/8/28A/28B/12/17/18/19/20/26<br>* Functions available on the live network depend on the situations of carrier's network and related services deployment.<br><br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/, last accessed on March 24, 2023. |

| | |
|---|---|
| [1.4] a front transparent substrate having a first conductive line and a rear transparent substrate having a second conductive line, fluorescent substances are formed between said front transparent substrate and said rear transparent substrate, wherein a bias is applied to excite said fluorescent substances by combination of an electron and a hole to emit visible light, thereby removing backlight of said mobile phone; | Defendant provides a front transparent substrate having a first conductive line and a rear transparent substrate having a second conductive line, fluorescent substances are formed between said front transparent substrate and said rear transparent substrate, wherein a bias is applied to excite said fluorescent substances by combination of an electron and a hole to emit visible light, thereby removing backlight of said mobile phone.<br><br>For example, Defendant's Oppo Reno7 Pro 5G comprises of an AMOLED (Active-Matrix Organic Light-Emitting Diode) display screen, wherein, AMOLED is a type of OLED display that comprises an active matrix of OLED pixel ("front transparent substrate") deposited on to a thin film transistor (TFT) array ("rear transparent substrate"). Further, TFT array act as a series of switches to control the current flowing to each pixel. Furthermore, OLED screen comprises an emissive electroluminescent layer made of a film of organic compound emitting light in response to an electric current. The organic layer is between two separate electrodes: cathode ("first conductive line") and anode ("second conductive line"), and the organic layer includes an emissive layer further comprising organic molecules and polymers ("fluorescent substances"). The cathode and the anode are of opposite charge, such that when an electric current (acting as a bias) is applied, the excited electrons move from cathode to anode, while passing through the organic layer including emissive layer, thereby producing colored light.<br><br>Further, since the AMOLED display generates illumination for each pixel through excited electrons and emissive layer, it does not require a backlight for producing visible light. Therefore, the backlight is removed in the Oppo Reno7 Pro 5G's AMOLED display screen.<br><br>**Brightness**<br>500 nits (typical); with a maximum of 800 nits in sunlight (typical) and a maximum of 920 nits when displaying HDR or HDR10+ contents.<br><br>**Panel**<br>Soft AMOLED<br><br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/ , last accessed on March 24, 2023. |

| | |
|---|---|
| | **Advantages of OLEDs**<br><br>**OLED display technology has extremely high image quality** and wide viewing angles. That is why it is used in high end products like the newest and most premium Apple phones. Because each pixel in an OLED display can be controlled individually, OLED displays have higher resolution. Also, OLEDs don't have a backlight, so its power consumption is also less than LCD. They are also energy-efficient displays because instead of having a backlight on all the time, energy is only emitted when a pixel is turned on. Also because of the lack of a backlight, there are flexible OLED displays. Backlights limit designers to only flat displays. OLED emits its own light, so its devices can be rollable or foldable.<br><br>Source: https://www.orientdisplay.com/knowledge-base/oled-basics/how-does-oled-work/, last accessed on March 24, 2023. |

| | |
|---|---|
| | <br>Source: https://www.androidauthority.com/amoled-vs-lcd-differences-572859/, last accessed on March 24, 2023. |

| | |
|---|---|
| [1.5] an antenna disposed at side of said rear transparent substrate to improve receiving or transmission. | Defendant provides an antenna disposed at side of said rear transparent substrate to improve receiving or transmission.<br><br>For example, Oppo Reno7 Pro 5G includes 5G/4G/3G/2G communications antennas ("antenna") located at the side of the OLED display which comprises a rear transparent substrate.<br><br><br><br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/ (annotated), last accessed on March 24, 2023. |

| | | |
|---|---|---|
| | Frequency Band | SIM card 1:<br>2G: GSM 850/900/1800/1900MHz<br>3G: UMTS (WCDMA) bands 1/2/4/5/6/8/19<br>4G: TD-LTE bands 38/39/40/41<br>4G: LTE FDD bands 1/2/3/4/5/7/8/28A/28B/12/17/18/19/20/26<br>5G: n1/3/5/7/8/38/41/28A/28B/77/78<br><br>SIM card 2<br>2G: GSM 850/900/1800/1900MHz<br>3G: UMTS (WCDMA) bands 1/2/4/5/6/8/19<br>4G: TD-LTE bands 38/39/40/41<br>4G: LTE FDD bands 1/2/3/4/5/7/8/28A/28B/12/17/18/19/20/26 |
| | * Functions available on the live network depend on the situations of carrier's network and related services deployment.<br>Source: https://www.oppo.com/en/smartphones/series-reno/reno7-pro-5g/specs/, last accessed on March 24, 2023. | |