# EXHIBIT D

## UNITED STATES PATENT NO. 10,313,630
## CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US10313630 | BBK Electronics Corporation - Vivo (The accused instrumentality) |
|---|---|
| [1.P] A mobile phone comprising | To the extent the preamble is limiting, Vivo ("Defendant") makes, uses, sells and offers to sell a mobile phone.<br><br>For example, Defendant provides mobile phones, including but not limited to X60, X60 Pro, X70 pro, X80, X90, X90 Pro and X80 Pro 5G (used herein as an exemplary product). The X80 Pro 5G is equipped with Snapdragon 8 Gen 1 Mobile Platform processor, AMOLED (Active-Matrix Organic Light-Emitting Diode) display, Wi-Fi 6 and Bluetooth 5.2. |

ebay **Checkout**

How do you like our checkout? Give us feedback

**Review item and shipping**

Seller: gooma2022



Original vivo X80 Pro 5G Phone 12+256GB Snapdragon 8 Gen 1 6.78" 50MP 4700mAh

Color: Black

**US $1,098.00**

Quantity 1

**Delivery**

Est. delivery: Oct 6 – Oct 16

Expedited Shipping from Greater China to worldwide

**US $19.00**

**Ship to**

Country or region

United States

| | |
|---|---|
| Subtotal (1 item) | US $1,098.00 |
| Shipping | US $19.00 |
| **Order total** | **US $1,117.00** |

**Confirm and pay**

Enter shipping address

Source: https://pay.ebay.com/rgxo?action=view&sessionid=1353542646 , last accessed on March 17, 2023.

| | |
|---|---|
| | **Basic**<br>Processor: Snapdragon 8 Gen 1 Mobile Platform<br>RAM&ROM: 12GB + 256GB<br>*Actual available RAM/ROM is less due to the storage of the operating system and pre-installed apps.<br>Battery: 4700mAh (TYP)<br>*The rated battery capacity is 4580 mAh.<br>Color: Cosmic Black<br>Operating System: Funtouch OS 12 (Based on Android 12.0)<br>Source: https://www.vivo.com/en/products/param/x80pro , last accessed on March 17, 2023.<br><br>**Display**<br>Screen: 6.78-inch, up to 120Hz refresh rate<br>*Measured diagonally, the screen size is 6.78-inch in the full rectangle. Actual display area is slightly smaller.<br>Resolution: 3200×1440 (WQHD+)<br>Type: AMOLED<br>Touch Screen: Capacitive multi-touch<br>Source: https://www.vivo.com/en/products/param/x80pro, last accessed on March 17, 2023. |

| | |
|---|---|
| | Connectivity<br>Wi-Fi — Wi-Fi 6, Wi-Fi 5, 2.4G/5G, Wi-Fi Display, 2×2 MIMO, MU MIMO<br>Bluetooth — Bluetooth 5.2<br>USB — USB Type-C, USB 3.1<br>GPS — Supported<br>OTG — Supported<br>NFC — Supported<br><br>Source: https://www.vivo.com/en/products/param/x80pro, last accessed on March 17, 2023.<br><br>Network<br>Network Types — Dual SIM Dual Standby Single Pass<br>2G GSM — 850/900/1800/1900MHz<br>3G WCDMA — B1/B2/B4/B5/B8<br>4G FDD_LTE — B1/B2/B3/B4/B5/B7/B8/B12/B13/B17/B18/B19/B20/B26/B28/B32/E<br>4G TDD_LTE — B38/B39/B40/B41/B42<br>5G — n1/n2/n3/n5/n7/n8/n20/n28/n38/n40/n41/n66/n77/n78<br>*n2 only supports SA.<br>*Live network functionality is subject to carrier network availability, infrastructure support and software version of the mobile phone.<br>More ^<br><br>Source: https://www.vivo.com/en/products/param/x80pro, last accessed on March 17, 2023. |
| [1.1] a control unit; | Defendant provides a control unit.<br><br>For example, X80 Pro 5G includes Snapdragon 8 Gen 1 Mobile Platform ("Control Unit"). |

Basic

| | |
|---|---|
| Processor | Snapdragon 8 Gen 1 Mobile Platform |
| RAM&ROM | 12GB + 256GB<br>*Actual available RAM/ROM is less due to the storage of the operating system and pre-installed apps. |
| Battery | 4700mAh (TYP)<br>*The rated battery capacity is 4580 mAh. |

Source: https://www.vivo.com/en/products/param/x80pro, last accessed on March 17, 2023.




Source: https://www.vivo.com/en/products/x80pro#Unlocking, last accessed on March 17, 2023

| | |
|---|---|
| [1.2] a first wireless module coupled to said control unit; | Defendant provides a first wireless module coupled to said control unit.<br><br>For example, X80 Pro 5G comprises a Wi-Fi 6 module ("a first wireless module") which is controlled ("coupled") by Snapdragon 8 Gen 1 Mobile Platform ("control unit") to connect the mobile phone to a Wi-Fi network.<br><br>Connectivity — Wi-Fi: Wi-Fi 6, Wi-Fi 5, 2.4G/5G, Wi-Fi Display, 2×2 MIMO, MU MIMO<br>Bluetooth: Bluetooth 5.2<br>USB: USB Type-C, USB 3.1<br><br>Source: https://www.vivo.com/en/products/param/x80pro, last accessed on March 17, 2023. |
| [1.3] a second wireless module coupled to said control unit; | Defendant provides a second wireless module coupled to said control unit.<br><br>For example, X80 pro includes 5G communications ("a second wireless module") which is controlled ("coupled") by Snapdragon 8 Gen 1 Mobile Platform ("control unit") for connecting the mobile phone to a 5G network. |

| | |
|---|---|
| | Network<br>Network Types: Dual SIM Dual Standby Single Pass<br>2G GSM: 850/900/1800/1900MHz<br>3G WCDMA: B1/B2/B4/B5/B8<br>4G FDD_LTE: B1/B2/B3/B4/B5/B7/B8/B12/B13/B17/B18/B19/B20/B26/B28/B32/<br>4G TDD_LTE: B38/B39/B40/B41/B42<br>5G: n1/n2/n3/n5/n7/n8/n20/n28/n38/n40/n41/n66/n77/n78<br>*n2 only supports SA.<br>*Live network functionality is subject to carrier network availability, infrastructure support and software version of the mobile phone.<br>More ^<br><br>Source: https://www.vivo.com/en/products/param/x80pro, last accessed on March 17, 2023. |
| [1.4] a front transparent substrate having a first conductive line and a rear transparent substrate having a second conductive line, fluorescent substances are formed between said front transparent substrate and said rear transparent substrate, wherein a bias is applied to excite said fluorescent substances | Defendant provides a front transparent substrate having a first conductive line and a rear transparent substrate having a second conductive line, fluorescent substances are formed between said front transparent substrate and said rear transparent substrate, wherein a bias is applied to excite said fluorescent substances by combination of an electron and a hole to emit visible light, thereby removing backlight of said mobile phone.<br><br>For example, X80 Pro 5G comprises an AMOLED (Active-Matrix Organic Light-Emitting Diode) display screen, wherein, AMOLED is a type of OLED display comprising an active matrix of OLED pixel ("front transparent substrate") deposited on to a thin film transistor (TFT) array ("rear transparent substrate"). Further, TFT array act as a series of switches to control the current flowing to each pixel. Furthermore, OLED screen comprises an emissive electroluminescent layer made of a film of organic compound emitting light in response to an electric current. The organic layer is between two separate electrodes: cathode ("first conductive line") and anode ("second conductive line"), and the organic layer includes an emissive layer further comprising organic molecules and polymers ("fluorescent substances"). The cathode and the anode are of opposite charge, such that when an electric current (acting as a bias) is applied, the excited electrons move from cathode to anode, while passing through the organic layer including emissive layer, thereby producing coloured light. |

| | |
|---|---|
| by combination of an electron and a hole to emit visible light, thereby removing backlight of said mobile phone; | Further, since the AMOLED display generates illumination for each pixel through excited electrons and emissive layer, it does not require a backlight for producing visible light. Therefore, the backlight is removed in X80 Pro 5G's AMOLED display screen.<br><br>**Display**<br>Screen: 6.78-inch, up to 120Hz refresh rate<br>*Measured diagonally, the screen size is 6.78-inch in the full rectangle. Actual display area is slightly smaller.<br>Resolution: 3200×1440 (WQHD+)<br>Type: AMOLED<br>Touch Screen: Capacitive multi-touch<br><br>Source: https://www.vivo.com/en/products/param/x80pro, last accessed on March 17, 2023.<br><br>**Advantages of OLEDs**<br><br>**OLED display technology has extremely high image quality** and wide viewing angles. That is why it is used in high end products like the newest and most premium Apple phones. Because each pixel in an OLED display can be controlled individually, OLED displays have higher resolution. Also, OLEDs don't have a backlight, so its power consumption is also less than LCD. They are also energy-efficient displays because instead of having a backlight on all the time, energy is only emitted when a pixel is turned on. Also because of the lack of a backlight, there are flexible OLED displays. Backlights limit designers to only flat displays. OLED emits its own light, so its devices can be rollable or foldable. |

| | |
|---|---|
| | Source: https://www.orientdisplay.com/knowledge-base/oled-basics/how-does-oled-work/, last accessed on March 17, 2023.<br><br><br>Source: https://www.androidauthority.com/amoled-vs-lcd-differences-572859/, last accessed on March 17, 2023. |
| [1.5] an antenna disposed at side of said rear transparent substrate to improve | Defendant provides an antenna disposed at side of said rear transparent substrate to improve receiving or transmission.<br><br>For example, X80 Pro 5G supports 5G communications. Therefore, upon information and belief, a 5G antenna is located at the side of the OLED display which comprises a rear transparent substrate. |

| | |
|---|---|
| receiving or transmission. | Network<br>Network Types — Dual SIM Dual Standby Single Pass<br>2G GSM — 850/900/1800/1900MHz<br>3G WCDMA — B1/B2/B4/B5/B8<br>4G FDD_LTE — B1/B2/B3/B4/B5/B7/B8/B12/B13/B17/B18/B19/B20/B26/B28/B32/<br>4G TDD_LTE — B38/B39/B40/B41/B42<br>5G — n1/n2/n3/n5/n7/n8/n20/n28/n38/n40/n41/n66/n77/n78<br>*n2 only supports SA.<br>*Live network functionality is subject to carrier network availability, infrastructure support and software version of the mobile phone.<br>More<br><br>Source: https://www.vivo.com/en/products/param/x80pro, last accessed on March 17, 2023. |




Source: https://www.vivo.com/en/products/x80pro (annotated), last accessed on March 17, 2023.