AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23cv377

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>OnePlus Technology (Shenzen) Co., Ltd.</u> was received by me on *(date)* <u>May 11, 2023, 11:22 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Fai Kongchai</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>OnePlus Technology (Shenzen) Co., Ltd.</u> on *(date)* <u>Wed, May 17 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/17/23

*(signature: Gean O. Smith)*

Server's signature

Gean Smith

*Printed name and title*

6501 Independence Pkwy # 7105, Plano, TX 75023

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 17, 2023, 11:30 am CDT at C/O OnePlus USA Corp.: 5000 Riverside Dr Bldg. 5, Irving, TX 75039 received by Fai Kongchai. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150 lbs; Height: 5'5"; Hair: Black; Relationship: Admin/Authorized to Accept;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; EXHIBITS A-H